AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
OCT 1 0 2015
, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Luis GUEL-Garza | ) | Case No. M-15-1774-M |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 9, 2015** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possess with the intent to distribute a controlled substance/approximately 25.20 kilograms of cocaine, a schedule II controlled substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:
See "Attachment A"

☑ Continued on the attached sheet.

_____
Complainant's signature

Derek Lacina Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/10/2015  4:05pm

_____
Judge's signature

City and state: McAllen, TX

Peter Ormsby, U.S. Magistrate Judge
Printed name and title

Attachment A

On October 9, 2015, Jose Luis GUEL Garza attempted to make entry into the United States through the Hidalgo Port of Entry (POE) in Hidalgo, TX driving a Mitsubishi pickup truck bearing Mexican license plate RD-07-659. During primary inspection, Customs and Border Protection Officers (CBPOs) observed that GUEL was nervous and his hands were shaking. During an inspection of the vehicle, CBPOs discovered approximately 25.20 kilograms of cocaine concealed behind the backseat of the vehicle in a non-factory made compartment. A Homeland Security Investigation (HSI), Special Agent (SA) subsequently arrived at the Hidalgo POE to interview GUEL. GUEL was given a copy of his Statement of Rights and waived those rights verbally and in writing. GUEL voluntarily stated that in May of 2015, unknown individuals working for the Los Zetas Cartel transferred the Mitsubishi pickup truck into his name. GUEL stated these individuals forced him to cross the pickup truck into the U.S. and they were paying him $2,000 each time that he crossed the vehicle into the U.S. GUEL stated that he knew there was something in the pickup truck whenever he crossed it into the U.S., however he did not know what was inside. GUEL subsequently stated that they told him that there was going to be a small amount of marijuana in the car. GUEL stated that he was paid $2,000 on four separate occasions to cross the vehicle into the U.S.